# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )
                                         )
                    Plaintiff            )        CRIMINAL NO. 07MJ2683
                                         )
                                         )                ORDER
            vs.                          )
                                         )        RELEASING MATERIAL WITNESS
Dale Stamper, et al.                     )
                                         )
                                         )        Booking No.
                    Defendant(s)         )
_____    )

On order of the United States District/Magistrate Judge, Stormes.

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Abel Valderrama-Ortiz

DATED: 11-28-07

RECEIVED _____
                    DUSM

Nita L. Stormes
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
                    Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95                  ☆ U.S. GPO: 2003-581-774/70082