| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | AARON B. CLARK |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 239764 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-6787 / (619) 235-2757(Fax) |
| | Email: aaron.clark@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07-CR-3218JM |
| | ) | |
| Plaintiff, | ) | NOTICE OF APPEARANCE |
| | ) | |
| v. | ) | |
| | ) | |
| DALE STAMPER (1), | ) | |
| OSCAR EDUARDO | ) | |
|     PRUDENCIO-CUEVA (2), | ) | |
| HUGO ISRAEL | ) | |
|     RODRIGUEZ-ARZATE (3), | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

Name (If none, enter "None" below)

None

1
2
3   Effective this date, the following attorneys are no longer associated with this case and should
4   not receive any further Notices of Electronic Filings relating to activity in this case (if the generic
5   "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
6   association):
7   Name (If none, enter "None" below)
8   None
9
10   Please call me if you have any questions about this notice.
11   DATED: December 10, 2007
                                            Respectfully submitted,
12
                                            KAREN P. HEWITT
13                                          United States Attorney
14                                          s/*Aaron B. Clark*
                                            _____
15                                          Aaron B. Clark
                                            Assistant United States Attorney
16                                          Email: aaron.clark@usdoj.gov
17                                          Attorneys for Plaintiff
                                            United States of America
18
19
20
21
22
23
24
25
26
27
28  Notice of Appearance
    United States v. Stamper et al.         2                        07-CR-3218JM

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>DALE STAMPER (1),  )<br>OSCAR EDUARDO  )<br>  PRUDENCIO-CUEVA (2),  )<br>HUGO ISRAEL  )<br>  RODRIGUEZ-ARZATE (3),  )<br>  )<br>  )<br>  Defendants.  )<br>  )<br>_____)  | Case No. 07-CR-3218JM<br><br><br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Aaron B. Clark, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Jack Boltax,
   jbefile@gmail.com

2. Rosaline Dergregorian Feral,
   rferal@aol.com

3. Jodi D. Thorp,
   jodithorp@thorplawoffice.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 10, 2007.

    s/*Aaron B. Clark*
    Aaron B. Clark

Notice of Appearance
United States v. Stamper et al.    3    07-CR-3218JM