**JODI DENISE THORP**
California State Bar No. 223667
427 "C" Street, Suite 300
San Diego, California 92101
Telephone: (619) 233-3169 x 14
Fax: (619) 684-3569
email: jodithorp@thorplawoffice.com

Counsel for Mr. Prudencia

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>    Plaintiff,    )<br>            )<br>v.           )<br>            )<br>OSCAR EDUARDO PRUDENCIA-CUEVA, )<br>            )<br>            )<br>    Defendant.    )<br>            )<br>_____ ) | CASE NO. 07CR3218-JM<br><br>DATE: July 11, 2008<br>TIME:  9:00 a.m.<br><br><br>MOTION TO SHORTEN TIME. |

   The above-named defendant, by and through counsel, moves this Court for an order shortening time in the attached *Objections to the Pre-Sentence Report* to four (4) days, to be heard July 11, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, for the following reasons:

   1) Defense counsel needed to do substantial research and investigation with respect to one of the objections.

   2) Defense counsel needed to meet with Mr. Prudencia to review the pre-sentence report prior to filing the objections.

   3) Mr. Prudencia was transferred to the regional detention center in Arizona.

   4) Defense counsel repeatedly tried to schedule a video conference with Mr. Prudencia.

1 |       5) Defense counsel was informed that the U.S. Marshall Service did not know the location of
2 | Mr. Prudencia.

                                            Respectfully submitted,

DATED:    July 8, 2008                    /s/ Jodi D. Thorp
                                                    JODI D. THORP
                                                    Counsel for Mr. Prudencia