1 **JODI DENISE THORP**
California State Bar No. 223667
2 427 "C" Street, Suite 300
San Diego, California  92101
3 Telephone:  (619) 233-3169 x 14
Fax: (619) 684-3569
4 email: jodithorp@thorplawoffice.com

5
Counsel for Mr. Prudencia
6

7

8
                    UNITED STATES DISTRICT COURT
9
                    SOUTHERN DISTRICT OF CALIFORNIA
10
                    **(HONORABLE JEFFREY T. MILLER)**
11

12 UNITED STATES OF AMERICA,           )    CASE NO.  07CR3218-JM
                                       )
13         Plaintiff,                  )
                                       )    DATE: July 11, 2008
14 v.                                  )    TIME:   9:00 a.m.
                                       )
15 OSCAR EDUARDO PRUDENCIA-CUEVA,      )
                                       )
16                                     )    <u>CERTIFICATE OF SERVICE</u>.
                                       )
17         Defendant.                  )
                                       )
18 _____ )

19         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of

20 her information and belief, and that a copy of the foregoing document has been served this day upon:

21

22                          U S Attorney CR
                       Efile.dkt.gc2@usdoj.gov
23

24
   DATED:     July 8, 2008              /s/ Jodi D. Thorp
25                                      JODI D. THORP
                                        Counsel for Mr. Prudencia
26

27

28