UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR3218-JM |
| ) Plaintiff, ) | |
| v. ) | |
| ) **OSCAR EDUARDO PRUDENCIA-CUEVAS** ) | ORDER TO SHORTEN TIME |
| ) Defendant. ) | |

Motion to shorten time having been made in the above-entitled matter, the Court being fully advised and good cause appearing therefore,

**IT IS HEREBY ORDERED** that time for hearing the matter for the defendant's *Objections to the Pre-Sentence Report* be shortened to four (4) days, to be heard July 11, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard.

**SO ORDERED.**

DATED: July 9, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge