UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )   CASE NUMBER 07CR3218-JM
                         )
          vs             )   ABSTRACT OF ORDER
Oscar Eduardo            )
Prudencio-Cueva (2)      )   Booking No. 06570298
                         )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:
Be advised that under date of _____ July 11, 2008 _____
the Court entered the following order:

__X__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

__X__ Defendant sentenced to TIME SERVED, supervised release for __2__ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
       _____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

JEFFREY T. MILLER
UNITED STATES MAGISTRATE JUDGE

OR

Received _____         W. SAMUEL HAMRICK, JR.   Clerk
         DUSM          by

                       Deputy Clerk

Crim-9  (Rev 6-95)                    ☆ U.S. GPO: 1996-783-398/40151

CLERK'S COPY